Opinion approved by the Court.

### Ex parte James L. SPEARS.
### Ex parte John L. SULLIVAN.
### Nos. 33093, 33094.

Court of Criminal Appeals of Texas.

March 8, 1961.

M. Gabriel Nahas, Jr., Houston, for appellants.

Frank Briscoe, Dist. Atty., Samuel H. Robertson, Jr., Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

Appellants sought relief by habeas corpus to prevent their removal to the State of Mississippi under an extradition warrant.

It is made to appear that after giving notice of appeal from the order remanding them to custody for extradition, appellants entered into recognizance on appeal and returned to the demanding state where they were apprehended and are now in custody.

For the reason stated, the questions raised on these appeals are moot.

The appeals are dismissed.